No. 10–17. BROOKENS *v.* SOLIS, SECRETARY OF LABOR. C. A. D. C. Cir. Certiorari denied.

No. 10–19. WINN ET AL. *v.* ALAMO TITLE INSURANCE CO. ET AL. C. A. 5th Cir. Certiorari denied.

No. 10–22. KARAS *v.* UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY. C. A. 3d Cir. Certiorari denied.

No. 10–23. MISHRA ET AL. *v.* DOCTORS HOSPITAL OF AUGUSTA, LLC, ET AL. C. A. 11th Cir. Certiorari denied.

No. 10–25. MACON *v.* OHIO DEPARTMENT OF JOB AND FAMILY SERVICES. Ct. App. Ohio, Franklin County. Certiorari denied.

No. 10–26. WOOD *v.* SUPERIOR COURT OF CALIFORNIA, SAN JOAQUIN COUNTY, ET AL. Ct. App. Cal., 3d App. Dist. Certiorari denied.

No. 10–27. MELANCON *v.* WARD, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 10–29. CURRY *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 10–30. DOE, BY AND THROUGH HER GUARDIANS, JOHNSON ET UX., ET AL. *v.* SOUTH CAROLINA DEPARTMENT OF SOCIAL SERVICES ET AL. C. A. 4th Cir. Certiorari denied.

No. 10–32. CEMINCHUK *v.* OBAMA, PRESIDENT OF THE UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 10–35. CENTRAL FLORIDA INVESTMENTS, INC., ET AL. *v.* MYERS; and
No. 10–118. MYERS *v.* CENTRAL FLORIDA INVESTMENTS, INC., ET AL. C. A. 11th Cir. Certiorari denied.

No. 10–38. FALCONER ET AL. *v.* SANTA CRUZ COUNTY, CALIFORNIA, ET AL. C. A. 9th Cir. Certiorari denied.